# United States Court of Appeals

For the Seventh Circuit

Chicago, Illinois 60604

October 1, 2004

Before

**Hon.** FRANK H. EASTERBROOK, Circuit Judge

**Hon.** TERENCE T. EVANS, Circuit Judge

**Hon.** DIANE S. SYKES, Circuit Judge

UNITED STATES OF AMERICA,
    *Plaintiff-Appellant,*

**No.** 03-3404        **v.**

DAVID MALIK,
    *Defendant-Appellee.*

Appeal from the United States District Court for the Northern District of Illinois, Eastern Division.

No. 02 CR 972
Milton I. Shadur,
*Judge.*

## Order

The opinion of this court issued on September 22, 2004, is amended as follows:

Page 4, six lines from the bottom, change *"United States v. Pollard,* 56 F.3d 667 (7th Cir. 1995) to *"United States v. Polland,* 56 F.3d 776 (7th Cir. 1995).